and (b)(1)(C). Garza–Alemon's entire argument on appeal is "that the standard range is excessive and that his young age and family situation should have been taken into account by the court and a lower sentence imposed." We lack jurisdiction to review the sentence because it was imposed within the 78–87 month range to which the parties stipulated in a binding plea agreement entered pursuant to Fed. R.Crim.P. 11(e)(1)(C) and Garza–Alemon does not contend that the sentence was imposed in violation of law or as a result of an incorrect application of the sentencing guidelines. 18 U.S.C. § 3742(c)(1); *United States v. Littlefield*, 105 F.3d 527 (9th Cir.1997).

**DISMISSED.**

**Janette WANG, aka, AI Shuang Sung, Petitioner—Appellant,**

v.

**John ASHCROFT, Attorney General, Respondent—Appellee.**

No. 00–56815.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2001.*

Submission deferred Nov. 13, 2001.

Resubmitted March 5, 2002.

Decided June 17, 2003.

Before: PREGERSON, REINHARDT, and SILVERMAN, Circuit Judges.

MEMORANDUM **

This court's decision in *Taniguchi v. Schultz*, 303 F.3d 950 (9th Cir.2002), controls this case and precludes the habeas relief sought by Ms. Wang.

**AFFIRMED.**

**Samuel BARRIOS, Petitioner,**

v.

**John ASHCROFT,\* Attorney General, Respondents.**

No. 00–70760.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States. Fed. R.App. P. 43©(2).

Submitted Nov. 8, 2001.\*\*

Submission deferred Nov. 13, 2001.

Resubmitted March 5, 2002.

Decided June 17, 2003.

Before: PREGERSON, REINHARDT, and SILVERMAN, Circuit Judges.

MEMORANDUM \*\*\*

This court's decision in *Taniguchi v. Schultz*, 303 F.3d 950 (9th Cir.2002), controls this case and precludes the habeas relief sought by Mr. Barrios.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose MARCIANO–VILATORO, aka Jose Marciano Villatoro; aka Jose Marciano Vilatoro, Defendant—Appellant.**

**No. 02–50222.**

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.\*

Decided June 18, 2003.

Before: RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM \*\*

Jose Marciano–Vilatoro appeals his conviction by guilty plea and 57–month sentence for being found in the United States after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Marciano–Vilatoro's counsel has submitted a brief stating that she has found no meritorious issues for review. Appellant has not filed a supplemental pro se brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\*\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.